ORIGINAL

# In the United States Court of Federal Claims
## Bid Protest

FILED
JAN - 5 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANAGEMENT SOLUTIONS & SYSTEMS, INCORPORATED, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06- C 07- 7 C |
| | ) | Judge |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

POST-AWARD PROCUREMENT PROTEST COMPLAINT

Plaintiff, Management Solutions & Systems, Incorporated, 8540 Ashwood Drive, Capitol Heights, Maryland 20743-3718 (MSSI), a Maryland corporation and a small, disadvantaged, and service-disabled veteran-owned business, as and for its Post-Award Procurement Protest Complaint against the Defendant, the United States, alleges as follows:

INTRODUCTION

1. This is a Post-award Procurement Protest, a Civil Action alleging clear and prejudicial violations of Regulation and Statute in connection with a Federal Agen-

cy's procurement of help desk support services to provide to the business customers of the U.S. Department of Housing and Urban Development's Office of Public and Indian Housing information and technical assistance on the operation of the Rental Housing Assistance business process, a Federal Agency procurement over which this Court has jurisdiction under 28 U.S.C. § 1491(b)(1).

The procurement is being conducted by Western (Denver) Field Contracting Operations, U.S. Department of Housing and Urban Development, Denver, Colorado (HUD). The procurement is proceeding with Modification Number M00009 to Contract Number C-DEN-02014. Contract Number C-DEN-02014 is an 8(a) Contract, 15 U.S.C. § 637(a)(1), between HUD and the United States Small Business Administration. Creative Computing Solutions, Incorporated, Rockville, Maryland (CCSi) is a subcontractor to the United States Small Business Administration under Contract Number C-DEN-02014.

Modification Number M00009 to Contract Number C-DEN-02014 transfers to CCSi the help desk support services being performed by MSSI under Contract Number C-OPC-23028 between MSSI and HUD.

MSSI is challenging Modification Number M00009 to Contract Number C-DEN-02014 in proceedings before the United States Government Accountability Office. 31 U.S.C. §§ 3551-3556. That matter is docketed there as B-299235.

This Civil Action is brought to obtain a Declaration that HUD's Decision on Friday, December 29th, 2006 to proceed with performance of Modification Number M00009 to Contract Number C-DEN-02014 is unlawful because this HUD Decision was not made as required by 31 U.S.C. § 3553(d)(3)(C). This Civil Action seeks also a Declaration that the transfer to CCSi of the help desk support services being delivered by MSSI under Contract Number C-OPC-23028 between MSSI and HUD is unlawful because the United States Small Business Administration has not determined, as is required by 13 C.F.R. § 124.504(c)(2), whether or not the transfer of these help desk support services would have an adverse impact on MSSI.

This Civil Action seeks further a Permanent Injunction ordering that subcontract performance under Modification Number M00009 to Contract Number C-DEN-02014 be stayed until such time as the United States General Accountability Office has decided the matter before it in B-299235.

## THE PARTIES

3. MSSI, a responsible contractor and a small, disadvantaged, and service-disabled veteran-owned business that was until December 31st, 2006 delivering the help desk support services that are now being obtained under Modification Number M0-0009 to Contract Number C-DEN-02014 is an appropriate "interested party" under 28 U.S.C. § 1491(b)(1), and MSSI has a direct economic interest in the outcome of this Post-Award Procurement Protest. *Impreza Construzioni Geom. Domenico Garufi v. United States*, 238 F.3d 1324, 1334 (Fed. Cir. 2001). MSSI is a proper party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(2)(B)(ii), i.e., MSSI is a private party and a corporation which at the time this Post-Award Procurement Protest is filed has not more than 500 employees and whose net worth does not exceed $7,000,000.

MSSI filed a voluntary petition for re-organization under Title 11 of the Bankruptcy Act, 11 U.S.C. §§ 1101-1330, on March 7th, 2006 and proceedings are pending in the United States Bankruptcy Court for the District of Maryland, *In re Management Solutions & Systems, Inc.*, Bankruptcy Petition No. 06-11211. MSSI continues the operations of its business as a debtor-in-possession. 11 U.S.C. §§ 1107, 1108.

This Post-Award Procurement Protest is timely filed. MSSI received on Friday, December 29th, 2006 written notice that HUD had decided to proceed with performance of Modification Number M00009 to Contract Number C-DEN-02014 notwithstanding the proceedings before the United States Government Accountability Office in B-299235.

HUD is an Executive Department. 42 U.S.C. § 3532. HUD is an "agency" just as that term is defined in 28 U.S.C. § 451, and thus HUD is also a "Federal agency" as is required by 28 U.S.C. § 1491(b)(1). *Hewlett-Packard Co. v. United States*, 41 Fed. Cl. 99, 103 (1998).

HUD's violations of procurement Regulation and Statute have had a direct and prejudicial effect on MSSI. MSSI is being denied an opportunity to again compete for a Contract to deliver the help desk support services that MSSI has been delivering to HUD since July 1st, 2002.

## Factual Allegations

### MSSI's Competitive Contract

4. As a result of a Competition for a small business set-aside, MSSI was awarded Contract Number C-OPC-22140 with an effective date of July 1st, 2002. Con-

tract Number C-OPC-22140 required the delivery of help desk support services to the business customers of HUD's Office of Public and Indian Housing. MSSI assumed these help desk support services from another contractor, and MSSI transitioned these help desk support services to performance off-site at MSSI's facility. MSSI has been delivering these help desk support services with a staff of some twelve people. The performance period under Contract Number C-OPC-22140 was subsequently extended through December 31st, 2005.

5. MSSI has received Outstanding ratings in all categories associated with this Contract, and MSSI has maintained exemplary performance ratings that are documented in the National Institutes of Health Contractor Performance System database.

6. On January 6th, 2006 MSSI was awarded a bridge Contract, Contract Number C-OPC-22975, to continue these help desk support services through June 30th, 2006. On June 28th, 2006 MSSI was awarded a second bridge Contract, Contract Number C-OPC-23028, to continue these help desk support services through December 31st, 2006. This second bridge Contract is effective for the period July 1st, 2006 through December 31st, 2006. And this second bridge Contract contains at

Section I.1, page I-1, the "Continuity of Services (JAN 1991)" provision. Under this Continuity of Services provision, the HUD Contracting Officer is authorized to order phase-in, phase-out services for up to ninety days after Contract expiration on December 31st, 2006.

7. In calendar year 2006, MSSI will receive from HUD $1,833,000 for the help desk support services that MSSI is delivering on HUD's account under Contract Number C-OPC-22975 and under Contract Number C-OPC-23028. MSSI's total gross sales for calendar year 2006 will be $4,657,185. Thus in calendar year 2006 MSSI received 39 percent of its annual gross sales under Contract Number C-OPC-22975 and Contract Number C-OPC-23028.

PROPOSED COMPETITIVE FOLLOW-ON PROCUREMENTS

8. On September 8th, 2005 HUD issued a Presolicitation Notice for proposed Solicitation Number R-OPC-22889. This proposed Solicitation is a competitive small business set-aside for a proposed twelve-month Contract with two twelve-month option periods. The Contract proposed by this Solicitation is for the continuation of the help desk support services delivered by MSSI under Contracts Number C-OPC-22140, C-OPC-22975, and C-OPC-23028. Enclosure 1. Proposed Soli-

citation Number R-OPC-22889 was modified on March 7th, 2006, and now proposed Solicitation Number R-OPC-22889 was announced for electronic release on or about May 31st, 2006. Enclosure 2. Proposed Solicitation Number R-OPC-22889 has yet to be released.

HUD'S UNLAWFUL CONSOLIDATION OF REQUIREMENTS

9. In an electronic message dated December 1st, 2006 MSSI learned that Contract Number C-DEN-02014 had been modified on that day to add to Contract Number C-DEN-02014 the help desk support services that are being delivered by MSSI under Contract Number C-OPC-23038. Enclosure 3.

10. Contract Number C-DEN-02014 is an 8(a) Contract between HUD and the United States Small Business Administration. CCSi is a subcontractor to the United Small Business Administration. Contract Number C-DEN-02014 became effective on November 29th, 2005 and this Contract has a three-year term.

THE GOVERNMENT ACCOUNTABILITY OFFICE PROTEST

11. On December 6th, 2006 MSSI protested the transfer to CCSi by Modification Number 0009 to Contract Number C-DEN-02014 of the help desk support services that MSSI is delivering under Contract Number C-OPC-23028. HUD is required to

submit its Agency Report to the United States Government Accountability Office by Friday, January 5th, 2007. 31 U.S.C. § 3553(b)(2)(A); 4 C.F.R. § 21.3(c). A Decision by the United States Government Accountability Office is due on or before March 16th, 2007. 31 U.S.C. § 3554(a)(1); 4 C.F.R. § 21.9(a). Enclosure 4.

OVERRIDE OF THE AUTOMATIC STAY

12. At 5:11 p.m. on Friday afternoon, December 29th, 2006 MSSI received by facsimile a copy of HUD's Decision to override the automatic statutory stay imposed by 31 U.S.C. § 3553(d)(3)(A). Enclosure 5. HUD then explained that the United States Small Business Administration has approved Modification Number 0009 to Contract Number C-DEN-02014. Enclosure 6.

13. At 4:07 a.m. on Tuesday, January 2nd, 2007 MSSI received a copy of an electronic message notifying the business customers of HUD's Office of Public and Indian Housing that help desk support services being provided by MSSI had been transferred. Enclosure 7. Notwithstanding this electronic message, MSSI continues today to respond to, and provide help desk support services to, the business customers of HUD's Office of Public and Indian Housing.

FIRST CLAIM FOR RELIEF

14. MSSI herewith incorporates and re-alleges paragraphs numbers 1. through 13. hereinabove as if fully set forth herein.

15. Federal Acquisition Regulation 33.104 provides, *inter alia*:

> (c) Protests after award.
>
> (1) When the agency receives notice of a protest from the GAO within 10 days after contract award or within 5 days after a debriefing date offered to the protester for any debriefing that is required by 15.505 or 15.506, whichever is later, the contracting officer shall immediately suspend performance or terminate the awarded contract, except as provided in paragraphs (c)(2) and (3) of this section.
>
> (2) In accordance with agency procedures, the head of the contracting activity may, on a nondelegable basis, authorize contract performance, notwithstanding the protest, upon a written finding that—
>
> (i) Contract performance will be in the best interests of the United States; or
>
> (ii) Urgent and compelling circumstances that significantly affect the interests of the United States will not permit waiting for the GAO's decision.
>
> (3) Contract performance shall not be authorized until the agency has notified the GAO of the finding in paragraph (c)(2) of this section. . . .

Federal Acquisition Regulation 33.104(c) implements the requirements of 31 U.S.C. § 3553(d)(3)(C), which itself provides that override decisions are to be made by the "head of the procuring activity."

16. HUD's override decision is not made by the Head of the Procuring Activity, and there has been no finding that performance under Modification Number M000-09 to Contract Number C-DEN-02014 is "in the best interests of the United States," or that "urgent and compelling circumstances that significantly affect the interests of the United States" will not permit waiting until March 16th, 2007 when the United States Government Accountability Office is to issue its Decision. HUD's override Decision is thus arbitrary and capricious because it is in violation of 31 U.S.C. § 3553(d)(3)(C) and Federal Acquisition Regulation 33.104(c).

SECOND CLAIM FOR RELIEF

17. MSSI herewith incorporates and re-alleges paragraphs numbers 1. through 13. hereinabove as if fully set forth herein.

18. Regulations adopted by the United States Small Business Administration limit the United States Small Business Administration's ability to accept a procurement for award as an 8(a) Contract. Among these limitations is an "adverse impact." This is defined as follows:

> (c) *Adverse impact.* SBA has made a written determination that acceptance of the procurement for 8(a) award would have an adverse impact on an individual small business, a group of small businesses located in a speci-

> fic geographical location, or other small business programs. The adverse impact concept is designed to protect small business concerns which are performing Government contracts awarded outside the 8(a) BD program, and does not apply to follow-on or renewal 8(a) acquisitions. SBA will not consider adverse impact with respect to any requirement offered to the 8(a) program under Simplified Acquisition Procedures.
>
> (1) In determining whether the acceptance of a requirement would have an adverse impact on an individual small business, SBA will consider all relevant factors.
>
> (i) In connection with a specific small business, SBA presumes adverse impact to exist where:
>
> (A) The small business concern has performed the specific requirement for at least 24 months;
>
> (B) The small business is performing the requirement at the time it is offered to the 8(a) BD program, or its performance of the requirement ended within 30 days of the procuring activity's offer of the requirement to the 8(a) BD program; and
>
> (C) The dollar value of the requirement that the small business is or was performing is 25 percent or more of its most recent annual gross sales (including those of its affiliates). For a multiyear requirement, the dollar value of the last 12 months of the requirement will be used to determine whether a small business would be adversely affected by SBA's acceptance.
>
> (ii) Except as provided in paragraph (c)(2) of this section, adverse impact does not apply to "new" requirements. A new requirement is one which has not been previously procured by the relevant procuring activity. . . .

13 C.F.R. § 124.504.

19. Where Agency requirements are "new" because they are combined, as here, the United States Small Business Administration still must determine whether or not an adverse impact exists:

> (2) In determining whether the acceptance of a requirement would have an adverse impact on a group of small businesses, SBA will consider the effects of combining or consolidating various requirements being performed by two or more small business concerns into a single contract which would be considered a "new" requirement as compared to any of the previous smaller requirements. SBA may find adverse impact to exist if one of the existing small business contractors meets the presumption set forth in paragraph (c)(1)(i) of this section.

13 C.F.R. § 124.504(c).

20. The United States Small Business Administration has here made no determination whether or not an adverse impact exists as a result of HUD's transferring to CCSi under Modification Number M00009 to Contract Number C-DEN-02014 the help desk support services being delivered by MSSI under Contract Number C-OPC-23028 between MSSI and HUD. Thus continued performance under Modification Number M00009 to Contract Number C-DEN-02014 violates 13 C.F.R. § 124.504(c)(2) and is unreasonable or irrational, and thus arbitrary and capricious.

## PRAYER FOR RELIEF

WHEREFORE, premises considered, MSSI respectfully requests the Court to grant Judgment for MSSI in this Civil Action, and to Order the following relief:

1. a Declaration that HUD's Decision on Friday, December 29th, 2006 to proceed with performance of Modification Number M00009 to Contract Number C-DEN-02014 is unlawful because this HUD Decision was not made as required by 31 U.S.C. § 3553(d)(3)(C); and

2. a Declaration that the transfer to CCSi of the help desk support services being delivered by MSSI under Contract Number C-OPC-23028 between MSSI and HUD is unlawful because the United States Small Business Administration has not determined, as is required by 13 C.F.R. § 124.504(c)(2), whether or not the transfer of these help desk support services to CCSi would have an adverse impact on MSSI; and

3. a Permanent Injunction ordering that CCSi's subcontract performance under Modification Number M00009 to Contract Number C-DEN-02014 be stayed until such time as the United States Government Accountability Office has decided the matter before it in B-299235; and

4. such further and other relief as the Court may deem just and proper.

Respectfully submitted,

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

January 5th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

| | |
|---|---|
| Telephone: | (202) 466-7008 |
| Facsimile: | (202) 466-7009 |
| Electronic Mail: | lawyer@procurement-lawyer.com |

Attorney of record for Plaintiff,
Management Solutions & Systems, Incorporated.

# ENCLOSURE 1

Chief Procurement Officer



# Public and Indian Housing Information Center PIC System
# HUD Solicitation #R-OPC-22889

Information by State
Print version
Email this to a friend

The Department is seeking a contractor to provide help desk support services to the business customers of HUD's Office of Public and Indian Housing with information and technical assistance on the operation of the Rental Housing Assistance business process that includes Inventory Management, formerly known as Public and Indian Housing Information Center PIC. The Contractor will also support the following applications: the Inventory Management System, which includes the inventory of units and tenant organic to the Public and Native American Programs. This procurement is a 100□ Small Business Set-Aside. The assigned NAICS Code is 561499 - All Other Business Support Services.

- A **Presolicitation Notice** was issued 9/8/05 for HUD Solicitation □R-OPC-22889.
- **Modification #1 to the Presolicitation Notice** was issued 3/7/06.

**Stay Informed**

Subscribe to HUD's **contracting opportunities e-mail notification list**.

**download**

- **View the Presolicitation Notice**
- **View Modification #1 to the Presolicitation Notice**

**Related Information**

- **FedBizOpps**

If you have any questions regarding this procurement, please **email Mashonda Smith**, Contract Specialist. You may also telephone Ms. Smtih at (202) 708-1772. Please be sure to refer to Reference □R-OPC-22889 when requesting additional information.

**Important -- Please Read:** In addition to the basic solicitation, all amendments will be posted to this site for you to download. If you wish to receive email notification when the solicitation is issued and of amendments specific to this solicitation, you must ***either***:

- Register for electronic notification from the Governmentwide Federal Business Opportunities (FedBizOpps) internet site at: **http://www.fedbizopps.gov** or
- **Subscribe to the HUD Contract Opportunities e-mail notification list** (If you are already subscribed to this mailing list, you do not need to re-subscribe to receive email notifications for this procurement)

Content updated March 7, 2006



U.S. Department of Housing and Urban Development
451 7th Street S.W., Washington, DC 20410
Telephone: (202) 708-1112 TTY: (202) 708-1455
Find the address of a HUD office near you

Chief Procurement Officer

# Presolicitation Notice
# Public and Indian Housing Information Center PIC System
# HUD Solicitation #R-OPC-22889

The following Presolicitation Notice was posted to the Federal Business Opportunities (FedBizOpps) internet site on 9/8/05.

Information by State
Print version
Email this to a friend

Stay Informed
Subscribe to HUD's contracting opportunities e-mail notification list.

Navigate
View Modification #1 to the Presolicitation Notice
Return to the Description of this Procurement

## General Information

| | |
|---|---|
| Document Type: | Presolicitation Notice |
| Solicitation Number: | R-OPC-22889 |
| Posted Date: | Sep 08, 2005 |
| Original Response Date: | Sep 23, 2005 |
| Current Response Date: | Sep 23, 2005 |
| Original Archive Date: | |
| Current Archive Date: | |
| Classification Code: | R -- Professional, administrative, and management support services |
| Set Aside: | Total Small Business |
| Naics Code: | 561499 -- All Other Business Support Services |

## Contracting Office Address

Department of Housing and Urban Development, Office of Procurements and Contracts, Admin Support Division, NCA, 451 Seventh Street, S.W. Room 5256, Washington, DC, 20410

## Description

The Department of Housing and Urban Development (HUD), on behalf of the Office of Public and Indian Housing (PIH), seeks proposals to procure the services of help desk support services to the business customers of PIH with information and technical assistance on the operation of the Rental Housing Assistance business process that includes Inventory Management, formerly known as Public and Indian Housing Information Center PIC (herein referred to as the PIC System). The Contractor will also support the following applications: the Inventory Management System, which includes the inventory of units and tenant organic to the Public and Native American Programs. The purpose of this procurement is to obtain Contractor services to support PIC Coaches and users in the following areas: help desk support, facilitating meetings & conference calls, developing communications, training, program

analysis, legislative compliance (option) and presentation support. The scope also includes Internet, Intranet and telephone support. The Resource Allocation Application, which includes capital fund, general grants, operating funds, and the Housing Choice Voucher Program. The Oversight and Monitoring Application which includes SEMAP, Risk Analysis, the Section 8 Management Assessment Program; The Monitoring and Planning System, the Voucher Management System, and the Resident Opportunity Self-Sufficiency Program (ROSS). Further, the services will also provide supports the Office of Native Americans Programs, (ONAP) Lotus Notes Discussion Databases and the Special Application Center Assignment Planning System (APS) in Lotus Notes. Required performance described in this Performance Work Statement shall be performed off-site. The contractor must provide staff, space, and equipment to receive 100 to 150 calls per day, increasing by 30 percent immediately following the release of a significant upgrade to the PIC system for one month. The contractor is to scale back down at the end of one month after the significant upgrade. The contractor is to inform the Government Technical Monitor (GTM) when telephone inquiry volume deviates significantly either higher or lower than projected for more than one week at a time The contractor is to be able to adjust its resources to match a persistent increase or decrease in call volume on two weeks notice by the GTM. The call center support specified below may be include or exclude in your proposal, if the option is included, it must be included as specified below. HUD reserves the right to accept or reject the option without impact on the main proposal. Telephone inquiries will come from PIC Coaches, Public Housing Agency (PHA) staff users of the PIC system, and Field Office users of the PIC system. The questions will range from general computer usage questions up to detailed sub-module functionality questions. The contractor is to scale up its resources to meet the increased demand when given advance notice of a significant upgrade to the PIC system. The successful offeror must be fully able to meet these requirements.

This Request For Proposals (RFP) is a 100□ Small Business Set-Aside. The assigned NAICS Code is 561499 - All Other Business Support Services. The performance period of the awarded contract shall be one (1) 12-month base year with two (2) 12-month option periods. It is anticipated that one firm-fixed price contract will be awarded. The RFP will be released electronically. The RFP and any amendments, updates, questions, answers and changes to the posted information will be available on or about September 23, 2005, at the following websites: FEDBIZOPPS: http://www.fedbizopps.gov/, and the HUD Current Contracting Opportunities Website: http://www.hud.gov/offices/cpo/contract.cfm. Written, faxed, or telephone requests for the solicitation or any of the amendments will NOT be accepted. No hard copies will be mailed. Submit general questions regarding this synopsis ONLY to Timiko_D._Wilkins□hud.gov. NO TELEPHONE CALLS PLEASE.

**Point of Contact**

Timiko Wilkins , Contract Specialist, Phone 202-708-1772, Email Timiko_D._Wilkins□hud.gov - Gloria Freeman, Contracting Officer, Phone 202-708-1772, Fax 202-708-2933, Email Gloria_L._Freeman□hud.gov

**Place of Performance**

| | |
|---|---|
| Address: | 451 7th Street SW, Room 5266 Washington, DC |
| Postal Code: | 20410 |
| Country: | USA |

Content updated September 8, 2005

Back to top

FOIA Privacy Web Policies and Important Links Home

U.S. Department of Housing and Urban Development
451 7th Street S.W., Washington, DC 20410
Telephone: (202) 708-1112 TTY: (202) 708-1455
Find the address of a HUD office near you

# ENCLOSURE 2

Chief Procurement Officer
Contracting opportunities
Procurement forecast
Guide to HUD contracting
Small business help
Common questions
Contracting contacts
HUD procurement reform
HUD acquisition regulation
Links
Recent contract awards
Grantee tech assistance
HUD news
Homes
Communities
Working with HUD
Resources
Tools
Webcasts
Mailing lists
RSS Feeds
Contact us
Help

Chief Procurement Officer

# Modification #1 to Presolicitation Notice Public and Indian Housing Information Center PIC System HUD Solicitation #R-OPC-22889

Information by State
Print version
Email this to a friend

Stay Informed
Subscribe to HUD's contracting opportunities e-mail notification list.

Navigate
- View the Original Presolicitation Notice
- Return to the Description of this Procurement

The following Presolicitation Notice Modification was posted to the Federal Business Opportunities (FedBizOpps) internet site on 3/7/06.

## General Information

| | |
|---|---|
| Document Type: | Modification to a Previous Notice |
| Solicitation Number: | R-OPC-22889 |
| Posted Date: | Mar 07, 2006 |
| Original Response Date: | Sep 23, 2005 |
| Current Response Date: | Sep 23, 2005 |
| Original Archive Date: | May 31, 2006 |
| Current Archive Date: | May 31, 2006 |
| Classification Code: | R -- Professional, administrative, and management support services |
| Set Aside: | Total Small Business |
| Naics Code: | 561499 -- All Other Business Support Services |

## Contracting Office Address

Department of Housing and Urban Development, Office of Procurements and Contracts, Admin Support Division, NCA, 451 Seventh Street, S.W. Room 5256, Washington, DC, 20410

## Description

The Department of Housing and Urban Development (HUD), on behalf of the Office of Public and Indian Housing (PIH), seeks proposals to procure the services of help desk support services to the business customers of PIH with information and technical assistance on the operation of the Rental Housing Assistance business process that includes Inventory Management, formerly known as Public and Indian Housing Information Center PIC (herein referred to as the PIC System). The Contractor will also support the following applications: the Inventory Management System, which includes the inventory of units and tenant organic to the Public and Native American Programs. The purpose of this procurement is to obtain Contractor services to support PIC

Coaches and users in the following areas: help desk support, facilitating meetings & conference calls, developing communications, training, program analysis, legislative compliance (option) and presentation support. The scope also includes Internet, Intranet and telephone support. The Resource Allocation Application, which includes capital fund, general grants, operating funds, and the Housing Choice Voucher Program. The Oversight and Monitoring Application which includes SEMAP, Risk Analysis, the Section 8 Management Assessment Program; The Monitoring and Planning System, the Voucher Management System, and the Resident Opportunity Self-Sufficiency Program (ROSS). Further, the services will also provide supports the Office of Native Americans Programs, (ONAP) Lotus Notes Discussion Databases and the Special Application Center Assignment Planning System (APS) in Lotus Notes. Required performance described in this Performance Work Statement shall be performed off-site. The contractor must provide staff, space, and equipment to receive 100 to 150 calls per day, increasing by 30 percent immediately following the release of a significant upgrade to the PIC system for one month. The contractor is to scale back down at the end of one month after the significant upgrade. The contractor is to inform the Government Technical Monitor (GTM) when telephone inquiry volume deviates significantly either higher or lower than projected for more than one week at a time. The contractor is to be able to adjust its resources to match a persistent increase or decrease in call volume on two weeks notice by the GTM. The call center support specified below may be include or exclude in your proposal, if the option is included, it must be included as specified below. HUD reserves the right to accept or reject the option without impact on the main proposal. Telephone inquiries will come from PIC Coaches, Public Housing Agency (PHA) staff users of the PIC system, and Field Office users of the PIC system. The questions will range from general computer usage questions up to detailed sub-module functionality questions. The contractor is to scale up its resources to meet the increased demand when given advance notice of a significant upgrade to the PIC system. The successful offeror must be fully able to meet these requirements.

This Request For Proposals (RFP) is a 100□ Small Business Set-Aside. The assigned NAICS Code is 561499 - All Other Business Support Services. The performance period of the awarded contract shall be one (1) 12-month base year with two (2) 12-month option periods. It is anticipated that one firm-fixed price contract will be awarded. The RFP will be released electronically. The RFP (Solicitation) any amendments, updates, questions, answers, and changes to the posted information will be available on or about May 31, 2006, at the following websites: FEDBIZOPPS: http://www.fedbizopps.gov/, and the HUD Current Contracting Opportunities Website: http://www.hud.gov/offices/cpo/contract.cfm. Written, faxed, or telephone requests for the solicitation or any of the amendments will NOT be accepted. No hard copies will be mailed. Submit general questions regarding this synopsis ONLY to Mashonda_R._Smith□hud.gov. NO TELEPHONE CALLS PLEASE.

**Original Point of Contact**

Timiko Wilkins , Contract Specialist, Phone 202-708-1772, Email Timiko_D._Wilkins□hud.gov - Gloria Freeman, Contracting Officer, Phone 202-708-1772, Fax 202-708-2933, Email Gloria_L._Freeman□hud.gov

**Current Point of Contact**

Mashonda Smith, Contract Specialist, Phone 202-708-1772, Fax 202-708-2933, Email Mashonda_R._Smith□hud.gov - Gloria Freeman, Contracting Officer, Phone 202-708-1772, Fax 202-708-2933, Email Gloria_L._Freeman□hud.gov

**Place of Performance**

Address: 451 7th Street SW, Room 5266 Washington, DC



Postal Code: 20410
Country: USA

Content updated March 7, 2006





U.S. Department of Housing and Urban Development
451 7th Street S.W., Washington, DC 20410
Telephone: (202) 708-1112 TTY: (202) 708-1455
Find the address of a HUD office near you

# ENCLOSURE 3

**From:** Niambi Jarvis
**Sent:** Monday, December 04, 2006 9:33 AM
**To:** Larry Brooks
**Subject:** FW: PIC Program Support Transition Meeting
**Importance:** High

**From:** carol_s._shepherd□hud.gov [mailto:carol_s._shepherd□hud.gov]
**Sent:** Friday, December 01, 2006 5:59 PM
**To:** gay_e._julian□hud.gov
**Cc:** catherine_jones□hud.gov; cpeterson□ccsin.com; matthew_n_mcerlean□hud.gov; mgayowski□ccsin.com; Niambi Jarvis; rudecindo_j._roman□hud.gov
**Subject:** Re: PIC Program Support Transition Meeting

Gay - Thank you for all your hard work!!!!

Carol

Gay E. Julian

Gay E. Julian

12/01/2006 05:53 PM

To: Rudecindo J. Roman/REAC/HHQ/HUD@HUD
cc: Carol S. Shepherd/REAC/HHQ/HUD@HUD, Catherine Jones/REAC/HHQ/HUD@HUD, "Niambi Jarvis" <njarvis@mssi2000.com>srobbins@ccsin.com, mgayowski@ccsin.com, cpeterson@ccsin.com, Matthew N McErlean/REAC/HHQ/HUD@HUD
Subject: Re: PIC Program Support Transition Meeting

This is to let all you know that CCSi and I signed the modification effective today that adds the PIC Help Desk services to C-DEN-02014. I have sent the modification to FTW Accounting for obligation. If FTW has no issues with the funding documents, the obligation should be in place by 12/6/06. I will email out copies of the signed modification on 12/4/06. Thanks for all your hard work to get this in place.

Gay E. Julian
Branch Chief/Contracting Officer
Western Field Contracting Operations
Phone: 303-672-5260
Fax: 303-672-5062

Rudecindo J. Roman/REAC/HHQ/HUD

Rudecindo J. Roman/REAC/HHQ/HUD

12/01/2006 02:27 PM

To "Niambi Jarvis" <njarvis@mssi2000.com>
cc Carol S. Shepherd/REAC/HHQ/HUD@HUD, Catherine Jones/REAC/HHQ/HUD@HUD
Subject PIC Program Support Transition Meeting

Good Afternoon Niambi,
this email is a follow up to your recent inquiry regarding transition for the PIC Program Support project. I

would like to schedule a tentative preliminary transition meeting for 10:00 AM Thursday, 12/7/06, at the REAC so we may discuss the transition plan requirements pursuant to the below referenced Transition Plan.

I will follow-up with you next week to confirm. If you have any questions, please feel free to call me.

Thanks
Rudy Roman
Contract Oversight Specialist - GTR
PIH-PCS, REAC Business Support Team
IMS-PIC, C-OPC-23038
(202) 475-8800

**TRANSITION PLAN:**
**1.0 Overview**

The purpose of the Transition Plan is to provide the necessary information that shall facilitate an efficient and seamless transition of responsibilities for the Inventory Information Management System (IMS), formerly known as Public Housing Information Center (PIC), it hereafter referred to as PIC. Help Desk activities from the current contractor to the future successor. This document shall familiarize the PIC Help Desk successor with the Help Desk functions, and operational issues.

**2.0 Scope**

MSSI shall continue to perform all the work for the entire six (6) month period. At the beginning of the 6th month MSSI shall turn over the data and documentation to the new contractor, but continue to perform all the work. During the 6th month, MSSI shall also answer any questions and provide guidance to the new contractor concerning the work. MSSI shall provide a smooth transfer of the data from the existing Unicenter Service Desk database and all documentation pertaining to the operation of the helpdesk.

MSSI will transfer data to future successor using a one-time data transfer. Using the one-time transfer, MSSI will hand over all requisite data using DB and file transfer processes.

*Exporting data*

MSSI's Unicenter Service Desk is configured with the following operating system/data base combinations.
*Windows 2000/Microsoft SQL Server 2000 - 8.00*

MSSI's Database Administrator (DBA) will use Microsoft SQL Server 2000's Data Transfer Service (DTS) tool to streamline the task of moving data. For example, data can be exported from SQL Server to an Excel spreadsheet.

Using DTS, data will be exported to a variety of data stores including Microsoft Excel and Access, dBase, FoxPro, and flat text files as well as third party databases such as Oracle.

DTS is just one data transport option provided. There are various approaches to working with data both inside and outside the SQL Server 2000 environment, but DTS is the user-friendliest.

*Transition Schedules, Tasks and Activities*

MSSI's schedule shall include the actual data transfer, as well as any transition activities required to turn

over data from MSSI's staff to its successor and PIH managerial and operational staff.

In addition to providing a data transfer during the transition process, MSSI will also submit all PIC Coach, ONAP and CCB conference call minutes on CD Rom disk in Microsoft Format to PIH management. HUD will then be responsible for maintaining said documentation on its own document repository.

MSSI will be responsible for coordinating the following with PIH management and the future successor:

- Planning/coordination of transition meetings;
- Preparation of data to be delivered to HUD, this includes a preliminary data clean up;
- Packaging and shipment of the data to HUD headquarters

**Resource Requirements**

*Human Resources*

MSSI will require the following resources to be involved during the transition process:

- Project Manager
- Alternate Project Manager
- Technical Trainer
- Meetings Facilitator/Project Coordinator
- Network Administrator
- DB Administrator

*Technical Resources*

MSSI will provide HUD management and the successor with the necessary contact information if HUD chooses to continue to utilize the Unicenter product.

Company: Computer Associates
Licensed Product: Unicenter ServicePlus Service Desk (USVD..99000)
Existing Release: 5.51
Contract No.: 1429846-1

The successor will be responsible for procuring the CRM tool and any supporting documentation (user/operator manuals or instructions). Vendor support, licensing, usage and ownership rights will no longer be supported by MSSI after the transition phase. MSSI will not be responsible for any required service or maintenance contracts costs upon termination of the contract.

MSSI has no hardware or associated documentation to be transferred. All computers, telephones, peripheral equipments and user/operator manuals are property of MSSI.

The PIC Help Call Center is operated offsite at MSSI's facilities. As such, MSSI is only responsible to turning in the HUD Headquarters identification cards issued to MSSI staff in support of the PIC Program Support contract. ID cards will be submitted to MSSI's HUD GTM for written acknowledgement and sign off. After transition, PIH management will not have access to MSSI's call center facility.

# ENCLOSURE 4

GAO
Accountability * Integrity * Reliability
United States Government Accountability Office
Washington, DC 20548

B-299235

December 19, 2006

The Honorable Albert R. Wynn
House of Representatives

Dear Mr. Wynn:

We have received your letter of December 16, 2006, expressing interest in a protest filed by Management Solutions & Systems, Inc., concerning the U.S. Department of Housing and Urban Development's alleged improper modification of a contract held by Creative Computing Solutions, Inc., transferring work from a contract being performed by Management Solutions & Systems, Inc. As provided by statute and our Bid Protest Regulations, 31 U.S.C. §§ 3553(b)(2), 3554(a)(1); 4 C.F.R. §§ 21.3(c), 21.9(a), the agency is required to submit a complete report on the protest to our office on or before January 5, 2007, and we are required to issue a decision in this case on or before March 16, 2007. Upon our release of a publicly-available version of the decision, we will provide your Office with a copy.

If you have any further questions regarding this matter, please feel free to contact me at (202) 512-4483.

Sincerely yours,

Edward T. Goldstein

Edward T. Goldstein
Senior Attorney

# ENCLOSURE 5

# U. S. Department of Housing and Urban Development

Office of Counsel

Region VIII, Denver
633 17th Street
Denver, Colorado 80202-3607

Phone: 303-672-5409
Fax: 303-672-5027
Web: www.hud.gov

December 29, 2006

Office of General Counsel
Attention: Procurement Law Control Group
United States Government Accountability Office
441 G Street, N.W.
Room 1037
Washington, DC 20548

VIA FACSIMILE (202) 512-9749

Re: *Protest of Management Solutions & Systems, Inc.*
B-299235
HUD Solicitation No. C-DEN-02014
GAO Attorney: Edward Goldstein

Dear Mr. Goldstein:

Regarding the stay provision of the Competition in Contracting Act (CICA), 31 U.S.C. § 3553, as amended by FAR Part 33, Section 33.104(c), it is HUD's position that since the subject protest merely concerns an in-scope modification to an existing Small Business Administration 8(a) contract, CICA's automatic stay of performance provision regarding contract awards is not applicable. See 31 U.S.C. § 3551(1)(C) (definition of award does not include modification of awarded contract); see also 31 U.S.C. § 3553(d)(3)(A) (stay provision limited to agency awarding contract). Nevertheless, to the extent that the automatic stay provision of CICA can be construed to be applicable here, HUD would override that provision.

Accordingly, HUD will continue to proceed with contract performance under the modification of Contract C-DEN-02014 that is the subject of this protest.

Please let me know if I can provide you with any further information.

Sincerely,

Greg Walters
Attorney for HUD

cc:

Cyrus E. Phillips, Esq.
Attorney for Management Solutions & Systems, Inc.
(202) 466-7009 (fax)

# ENCLOSURE 6

# U. S. Department of Housing and Urban Development

Office of Counsel

Region VIII, Denver
633 17th Street
Denver Colorado 80202-3607

Phone: 303-672-5409
Fax: 303-672-5027
Web: www.hud.gov

December 29, 2006

Office of General Counsel
Attention: Procurement Law Control Group
United States Government Accountability Office
441 G Street, N.W.
Room 1037
Washington, DC 20548

VIA FACSIMILE (202) 512-9749

Re: *Protest of Management Solutions & Systems, Inc.*
B-299235
HUD Solicitation No. C-DEN-02014
GAO Attorney: Edward Goldstein

Dear Mr. Goldstein:

On December 6, 2006, Management Solutions & Systems, Inc. ("MSSI") filed a protest with the United States Government Accountability Office ("GAO") regarding a modification of a SBA 8(a) contract by the U.S. Department of Housing and Urban Development ("Department" or "HUD") for call center services for the Office of Public and Indian Housing (PIH). MSSI's protest challenges the materiality of the modification, which added a few more call desk duties regarding the PIH to this broad call center contract. As part of its Agency Report and pursuant to 4 C.F.R. § 21.3(c) and (d), HUD intends to produce the pertinent sections of the following documents, which are relevant to the protest issue raised by MSSI:

1. Contract C-DEN-02014,
2. Modification M0009 to C-DEN-02014;
3. Contracting Officer's Declaration;
4. Documentation regarding Small Business Administration Approval of Modification M0009;
5. Redacted portion of a Proposal to Contract C-DEN-02014; and
6. Task Order T0001 of Contract number C-OPC-23038.

Please let me know if I can provide you with any further information.

Sincerely,

Greg Walters
Attorney for HUD

cc:

Cyrus E. Phillips, Esq.
Attorney for Management Solutions & Systems, Inc.
(202) 466-7009 (fax)

ENCLOSURE 7

**From:** matthew_n_mcerlean□HUD.GOV [mailto:matthew_n_mcerlean□HUD.GOV]
**Sent:** Tuesday, January 02, 2007 4:07 AM
**To:** TAC-USERS-L□hudlist.hud.gov
**Subject:** [NEWSENDER] - PIC User Support Changes - Message is from an unknown sender

TO ALL PHAs and PIC Coaches:

Beginning January 2, 2007 PIC User Support (formerly provided by the PIC Help Desk) will be provided by PIH-REAC?s Technical Assistance Center (TAC).

Our hours of operation are Monday to Friday, 7:00AM to 8:30PM Eastern Standard Time.

To send us a message through the HUD website, go to www.hud.gov/reac , look to your left and click on ?Contact Us? or contact us directly using the following information:

TAC toll-free line: 888-245-4860
TAC Fax Number: 202-485-0288
TAC Email Address is REAC_TAC@hud.gov.

Mailing Address: Office of Public and Indian Housing
Real Estate Assessment Center
Technical Assistance Center (TAC)
550 12th Street, SW, Suite 100
Washington, DC 20410

Before calling the TAC please be logged into your computer, have your PHA code, FYE, and if applicable, your User ID, multifamily TIN and FHA Number.

By choosing Option 2, the TAC Technician is prepared to answer all webpage, registration, password resets, system administration, activation key code and server inquiries. Using the WASS Request Form the PHA Coordinator is able to fax in change requests, such as: downgrading or upgrading User IDs or reattaching properties. The request must be on PHA letterhead signed by the Executive Director.

By choosing Option 6, the TAC Technician will be able to handle all inquiries concerning the PIC system modules and error messages. TAC support does not pre-empt or supercede the relationship you have already established with your PIC Coach. TAC support is designed to augment or assist only in those areas where your PIC Coach does not give support.

We look forward to serving you in the New Year!