**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| MANAGEMENT SOLUTIONS & SYSTEMS, INCORPORATED, | ) | |
| Plaintiff | ) | Case No. 07-7 |
| | ) | Judge Susan G. Braden |
| v. | ) | |
| THE UNITED STATES | ) | |
| Defendant | ) | |

**MOTION TO INTERVENE**

Creative Computing Solutions, Inc. ("CCSI"), through undersigned counsel, hereby moves to intervene in the above-captioned action pursuant to RCFC 5 and RCFC 24.

1. CCSI is the recipient of Modification No. M00009 ("Modification") under Contract No. C-DEN-022014, which is the subject of this action.

2. If the equitable relief requested by the Plaintiff is granted, CCSI's work under the Modification will cease, and CCSI will be significantly harmed thereby. Accordingly, disposition of the Plaintiff's action will as a practical matter, impair or impede CCSI's ability to protect its interest in continued performance of the Modification, and CCSI is entitled to intervention as of right under RCFC 24(a)(2).

WHEREFORE, CCSI requests that this motion be granted.

Dated: January 9, 2007

Respectfully submitted,

/s/

Andrew P. Hallowell, Esq.
Pargament & Hallowell, PLLC
1776 K Street, N.W., Suite 825
Washington, DC 20006
(202) 775-0707 (v)
(202) 775-0733 (f)