**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| MANAGEMENT SOLUTIONS &<br>SYSTEMS, INCORPORATED,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant | ) | Case No. 07-7<br>Judge Susan G. Braden |

**ORDER**

Upon consideration of the Motion to Intervene filed by Creative Computing Solutions, Inc. ("CCSI"), and any opposition thereto, it is hereby,

ORDERED, that the motion be, and it hereby is, granted.

SO ORDERED.

________________________________
The Honorable Susan G. Braden