# In the United States Court of Federal Claims

No. 07-7 C
Filed January 9, 2007

| | |
|---|---|
| ************************************ | |
| | * |
| MANAGEMENT SOLUTIONS & | * |
| SYSTEMS, INCORPORATED, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| ************************************ | |

**ORDER**

The court hereby grants Creative Computing Solutions, Incorporated's January 9, 2007 Motion to Intervene.

**IT IS SO ORDERED.**

s/Susan Braden
**SUSAN G. BRADEN**
**Judge**