GAO
Accountability * Integrity * Reliability

Comptroller General
of the United States

United States Government Accountability Office
Washington, DC 20548

# Decision

**Matter of:** Management Solutions & Systems, Inc.

**File:** B-299235

**Date:** January 10, 2007

---

**DECISION**

Management Solutions & Systems, Inc. protests the transfer of help desk support services being delivered by Management Solutions to the U.S. Department of Housing and Urban Development (HUD) under contract No. C-OPC-23028 to Creative Computing Solutions, Inc. (CCSi) via an alleged out of scope modification to its HUD contract No. C-DEN-02014.

We dismiss the protest because the matter involved is currently pending before a court of competent jurisdiction.

The protester has filed suit in the Court of Federal Claims challenging, in part, HUD's decision to modify CCSi's contract No. C-OPC-23028 to include the help desk support services being delivered by Management Solutions under contract No. C-OPC-23028, the same action challenged in the protest before our office. Specifically, Management Solutions is seeking declaratory judgment from the Court as follows:

> that transfer to CCSi of the help desk support services . . . is unlawful because the United States Small Business Administration has not determined, as is required by 13 C.F.R. § 124.504(c)(2), whether or not the transfer of these help desk support services to CCSi would have an adverse impact on [Management Solutions].

Complaint at 13, Management Solutions & Systems, Inc. v. U.S., No. 07-7C (Fed. Cl.).

We will not decide a protest where the matter involved is the subject of litigation before a court of competent jurisdiction. Bid Protest Regulations, 4 C.F.R. § 21.11(b) (2006). Even where the issues before a court are not the same issues which a protester is attempting to raise in our Office, if the court's disposition of a matter before it would render a decision of our Office academic, we will not consider protest while the matter is pending before the court. Schuerman Dev. Co.,

B-238464.3, Oct. 3, 1991, 91-2 CPD ¶ 286 at 2-3; Geronimo Serv. Co.–Recon., B-242331.3, Mar. 22, 1991, 91-1 CPD ¶ 321 at 2.

Although the specific legal issue before the Court noted above has not been raised with our Office, the protest filed by Management Solutions with our Office challenges the same core action–specifically, HUD's transfer of work from Management Solutions to CCSi. Because the propriety of this transfer of work is before both the Court and our Office, and the court's ultimate disposition of the matter, which would take precedence over a GAO decision on the protest, could render a decision by our Office academic, we dismiss the protest. See Systems Eng'g and Mgmt. Co.–Recon., B-234047.4, Aug. 20, 1990, 90-2 CPD ¶ 144 at 6-7; Robinson Enters.–Recon., B-238594.2, Apr. 19, 1990, 90-1 CPD ¶ 402 at 2.

The protest is dismissed.

Gary L. Kepplinger
General Counsel

GAO
Accountability * Integrity * Reliability

United States Government Accountability Office
Washington, DC 20548

# Facsimile Transmission Sheet

**Date:** January 10, 2007

Number of pages, including this cover sheet: 3

**Re:** B-299235

If transmission problems occur, please call 202-512-4788
Our fax number is 202-512-9749.

Matter of Management Solutions & Systems, Inc.

**From:** Edward Goldstein, Senior Attorney

| Name | Firm/Agency | Phone | Fax |
|---|---|---|---|
| Cyrus E. Phillips, Esq. | For Management Solutions & Systems, Inc. | 202-466-7008 | 202-466-7009 |
| Greg Walters, Esq. | HUD | 303-672-5377 | 303-672-5027 |
| Andrew P. Hallowell, Esq. | Pargament & Hallowell, PLLC | 202-775-0707 | 202-775-0733 |

**Comments:**