# In the United States Court of Federal Claims

**No. 07-7 C**

**Filed: January 10, 2007**

**MANAGEMENT SOLUTIONS &**
**SYSTEMS, INCORPORATED**
**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**and**

**CREATIVE COMPUTING**
**SOLUTIONS, INC.**
**Intervenor**

**Volume I of the Administrative Record.**

The above document has been filed in the Clerk's Office in hard copy and is not available electronically. To view this document, please contact the Clerk's Office at (202) 357-6406 between the hours of 8:45 am and 5:15 pm Eastern time.