# In the United States Court of Federal Claims

No. 07-7C
Filed: February 5, 2007

*************************************
MANAGEMENT SOLUTIONS & SYSTEMS, INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant, and

CREATIVE COMPUTING SOLUTIONS, INCORPORATED,

Defendant-Intervenor.
*************************************

## ORDER

Pursuant to the February 5, 2007 telephone status conference and the representations of the parties made therein, the court hereby grants Plaintiff's oral motion to withdraw Count One of the January 5, 2007 Complaint and Motion for a Preliminary Injunction, and the Government's oral motion to withdraw the January 10, 2007 Motion to Dismiss, rendering the prior filings and proceedings moot. Plaintiff has elected not to return to the United States Government Accountability Office for adjudication of its claim and has instead requested to have its claim adjudicated in this forum.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**