# In the United States Court of Federal Claims

No. 07-7 C
Filed: February 8, 2007

****************************************
MANAGEMENT SOLUTIONS & SYSTEMS, INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant, and

CREATIVE COMPUTING SOLUTIONS, INCORPORATED,

Defendant-Intervenor.
****************************************

## SCHEDULING ORDER

Pursuant to the February 8, 2007 telephone status conference, the court hereby enters the following schedule for dispositive motions: Plaintiff will submit a Motion on the Administrative Record, pursuant to RCFC 52.1(b), on or before February 12, 2007; the Government and Defendant-Intervenor will file Responses on or before March 5, 2007; and Plaintiff may file a Reply at any time thereafter.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**