# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **MANAGEMENT SOLUTIONS & SYSTEMS, INCORPORATED,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **BID PROTEST** |
| **THE UNITED STATES,** | ) | **No. 07-7C** |
| **Defendant,** | ) | **Judge Susan G. Braden** |
| **and** | ) | |
| **CREATIVE COMPUTING SOLUTIONS, INCORPORATED,** | ) | |
| **Defendant-Intervenor.** | ) | |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to RCFC 52.1(b), Plaintiff, Management Solutions & Systems, Incorporated (MSSI), herewith Moves for Judgment on the Administrative Record. Together with this Motion for Judgment on the Administrative Record, MSSI is filing the Statement of Facts required by RCFC 52.1(b) and a Brief in Support of

Plaintiff's Motion for Judgment on the Administrative Record, this as allowed by RCFC 7(b)(1).

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500,
Virginia State Bar Number 03135
February 12th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

| | |
|---|---|
| Telephone: | (202) 466-7008 |
| Facsimile: | (202) 466-7009 |
| Electronic Mail: | lawyer@procurement-lawyer.com |

Attorney of record for Plaintiff,
Management Solutions & Systems, Incorporated.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Monday, February 12th, 2007 a true and complete copy of this Plaintiff's Motion for Judgment on the Administrative Record was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Roger Allen Hipp, Esq.

Electronic Mail: Roger.Hipp@usdoj.gov

Attorney of record for Defendant,
U.S. Department of Housing and Urban Development.

I also certify, under penalty of perjury, that on Monday, February 12th, 2007 a true and complete copy of this Plaintiff's Motion for Judgment on the Administrative Record was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Andrew P. Hallowell, Esq.

Electronic Mail: ahallowell@pandhlaw.com

Attorney of record for Defendant-Intervenor,
Creative Computing Solutions, Incorporated.

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV