IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| MANAGEMENT SOLUTIONS & SYSTEMS, INCORPORATED, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-7C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATEMENT OF FACTS IN SUPPORT OF
CROSS-MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD

Pursuant to Rule 52.1 of the Rules of this Court, defendant, the United States, respectfully submits the following statement of facts in support of its motion for judgment upon the administrative record:

1. On September 28, 2005, the Small Business Administration ("SBA") authorized the Department of Housing and Urban Development ("HUD") to negotiate and execute a contract with Creative Computing Solutions, Inc. ("CCSI"). A.R. 11.[1] The authorization letter states in part: "The servicing SBA Office, shall upon request, be available to assist the program participant in contract administration."

2. On September 28, 2005, HUD awarded contract No. C-DEN-02014 ("CCSI Contract") to CCSI. A.R. 12-42. The CCSI Contract called for CCSI to provide help desk services for HUD's Real Estate Assessment Center. A.R. 13.

3. On December 1, 2006, HUD issued modification no. 9 to the CSSI Contract, which added the help desk for HUD's Public and Indian Information Center ("PIC") to the

[1] "A.R." refers to the administrative record that was filed in this case.

services to be provided by CCSI. A.R. 77-95.

4. On December 26, 2006, Keith W. Surber, HUD's Director of Contracting, issued determinations and findings to override the Competition in Contracting Act's automatic stay, if applicable. A.R. 2-6. Mr. Surber found that modification no. 9 to the CCSI Contract was within the scope of the original contract. A.R. 2-3.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Class. Unit - 8th Fl.
Washington, D.C. 20530
Tel.: (202) 305-3091

March 5, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 5, 2007, a copy of foregoing "DEFENDANT'S STATEMENT OF FACTS IN SUPPORT OF MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp