# In the United States Court of Federal Claims

**No. 07-7 C**

**MANAGEMENT SOLUTIONS & SYSTEMS, INCORPORATED,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**CREATIVE COMPUTING SOLUTIONS, INCORPORATED,**
**Defendant-Intervenor.**

**JUDGMENT**

Pursuant to the court's Memorandum Opinion and Final Order, filed March 30, 2007, granting the Government's Motion on the Administrative Record and denying plaintiff's Motion on the Administrative Record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of the Government.

Brian Bishop
Clerk of Court

**April 2, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.